UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| EMERY RADER, ) | 2:11-CV-00991-PMP-CWH |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| COSTCO WHOLESALE CORPORATION, ) | |
| Defendant. ) | |

The Court having read and considered Defendant's fully briefed Motion to Dismiss Plaintiff's Complaint (Doc. #8), Plaintiff's Motion to Remand (Doc. #9) and Plaintiff's Countermotion to Amend Complaint (Doc. #13), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Countermotion to Amend/Correct Complaint (Doc. #13) is **GRANTED**.

**IT IS FURTHER ORDERED THAT** Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #8) is **DENIED** as moot as a result of the granting of Plaintiff's Countermotion to Amend Complaint.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (Doc. #9) is **DENIED**.

Dated: September 6, 2011.

_____
PHILIP M. PRO
United States District Judge